Robert F. Lain
3 Chapel Rd
Big Piney, Wyoming 83113
Defendant



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 SEP 26 PM 3: 31

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT F. LAIN, AMELIA LAIN, and<br>SEPTEMBER LIBERTY TRUST,<br>Defendants. | Civil No. 17-CV-113-J<br>IN SPECIAL APPEARANCE<br>MOTION FOR JOINING MOTIONS<br>UNDER Rule 12(g)(1) & (2) for<br>MOTION FOR A MORE DEFINITE<br>STATEMENT under Rule 12(e) and<br>MOTIONS TO DISMISS under<br>Rule 12(b)(2),(4) and (6) |

Robert F. Lain in

## SPECIAL APPEARANCE

MOTION TO JOIN MOTIONS under Rule 12(g) (1) & (2) for MORE DEFINITE STATEMENT under RULE 12(e) and MOTIONS TO DISMISS under RULE 12(b)(2), (4) and (6)

Pursuant to Rule 12(g) (1) & (2) of the Federal Rules of Procedures (FRCP), Defendant Robert F. Lain in "special appearance", respectfully move the court under FRCP Rule 12(g)(1) & (2) to join his MOTION FOR A MORE DEFINITE STATEMENT under Rule 12(e) with his Motions to Dismiss under FRCP Rules' 12(b)(2),(4) and (6) and grant an order requiring Plaintiff UNITED STATES OF AMERICA to provide a more definite statement regarding whom the plaintiff is, who the defendant is, so that Robert F. Lain can reasonably address whether the UNITED STATES OF AMERICA and the United States are one and the same entity, and whether ROBERT F. LAIN and Robert F

Lain are one and the same.  A Memorandum of points and authorities in support of Robert F. Lain's motions' and a proposed order are submitted along with this Notice of "Special Appearance" and motions.

Respectfully Submitted,

_____

Robert F. Lain
3 Chapel Rd
Big Piney, Wyoming 83113
Ph# 307-276-5256

Robert F. Lain
3 Chapel Rd
Big Piney, Wyoming 83113
Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ROBERT F. LAIN, AMELIA LAIN, and<br>SEPTEMBER LIBERTY TRUST,<br>Defendants. | )<br>)  Civil No. 17-CV-113-J<br>)  IN SPECIAL APPEARANCE<br>)  MOTION FOR JOINING MOTIONS<br>)  UNDER Rule 12(g)(1) & (2) for<br>)  MOTION FOR A MORE DEFINITE<br>)  STATEMENT under Rule 12(e) and<br>)  MOTIONS TO DISMISS under<br>)  Rule 12(b)(2),(4) and (6) |

# ORDER

This Court being fully apprised in the premises grant Robert F. Lain Motion to Dismiss under Rule 12 (b)(4) InsufficientProcess, and order Civil Case number 17-CV-113-J dismissed without prejudice.

_____
Judge

Robert F. Lain
3 Chapel Rd
Big Piney, Wyoming 83113
Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil No. 17-CV-113-J |
| v. | ) | IN SPECIAL APPEARANCE |
| ROBERT F. LAIN, AMELIA LAIN, and | ) | MOTION FOR JOINING MOTIONS |
| SEPTEMBER LIBERTY TRUST, | ) | UNDER Rule 12(g)(1) & (2) for |
| Defendants. | ) | MOTION FOR A MORE DEFINITE |
| | ) | STATEMENT under Rule 12(e) and |
| | ) | MOTIONS TO DISMISS under |
| | ) | Rule 12(b)(2),(4) and (6) |

# ORDER

This Court being fully apprised in the premises grant Robert F. Lain Motion to Dismiss under Rule 12 (b)(2) Lack of Personal Jurisdiction, and order Civil Case number 17-CV-113-J dismissed without prejudice.

_____
Judge



Robert Freddie Lain
Box 1129
Big Piney, Wyoming p.c. 83113

U.S. District Court of Wyoming

2120 Capitol Avenue
Room 2131
Cheyenne, WY 82001-3658

To the U.S. District Court of Wyoming,

I sent this Motion To Dismiss to the wrong address. And am rectifying this mistake. Please forgive my error and accept this and please put it on the docket.

Sincerely

_____
Robert Freddie Lain

Robert Freddie Lain
Box 1109
Big Piney, Wyoming
83113

U.S. District Court of Wyoming
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming
82001-3658


